UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00282-RJC

| | | |
|---|---|---|
| **USA** | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| vs. | ) | |
| | ) | |
| **MICHAEL BONGIOVANNI** | ) | |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his probation, (Doc. No. 37), to which the government has had a reasonable opportunity to object.

Title 18, United States Code, Section 3564(c) allows a court to terminate a term of probation after one year where warranted by the conduct of the defendant and the interest of justice. After consideration of the applicable factors in 18 U.S.C. 3553(a), the Court finds good cause to terminate the defendant's probation early for the reasons stated in the motion.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 37), is **GRANTED** and the defendant's term of probation is terminated and the defendant is discharged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 16, 2016

Robert J. Conrad, Jr.
United States District Judge